UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BORIS STOGNER** | **CIVIL ACTION** |
| versus | **NO. 12-2703** |
| **N. BURL CAIN, WARDEN** | **SECTION: "H" (1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Boris Stogner** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE