UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BORIS STOGNER** | **CIVIL ACTION** |
| versus | **NO. 12-2703** |
| **N. BURL CAIN, WARDEN** | **SECTION: "H" (1)** |

### JUDGMENT

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal petition of **Boris Stogner** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE