# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 21, 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 24 2014

WILLIAM W. BLEVINS
CLERK

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re: Boris Stogner
v. Burl Cain, Warden
No. 13-8823
(Your No. 13-30668)

CV 12-2703-H

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk


___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 22, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30668    Boris Stogner v. Burl Cain, Warden
                           USDC No. 2:12-CV-2703

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Charlene A. Vogelaar*

By: _____
Charlene A. Vogelaar, Deputy Clerk
504-310-7648